OPINION — AG — QUESTION: CAN THE OKLAHOMA WILDLIFE CONSERVATION COMMISSION SECURE AN OPINION . . . CAN THIS DEPARTMENT LEGALLY PAY FOR HOSPITAL, ACCIDENT, HEALTH, MEDICAL AND LIFE INSURANCE FOR THEIR EMPLOYEES OUT OF THE WILDLIFE CONSERVATION DEPARTMENT FUNDS? — AFFIRMATIVE, BUT CANNOT EXTEND IT TO THE COMMISSIONERS THEMSELVES. CITE: 11 O.S.H. 16, ARTICLE XXVI, SECTION 1, ARTICLE XXVI, SECTION 4, OPINION NO. JUNE 23, 1955 — HIGHWAY COMM. (J. H. JOHNSON)